1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13

JULIAN VASQUEZ GARCIA;
NICOLAS JIATAZ PATZAN;
ALFREDO VASQUEZ,

14

                                    Petitioners,

15

        v.

16
17

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security; et al.,

                                    Respondents.

18

Case No.:  25-cv-02180-DMS-MMP

**ORDER GRANTING JOINT
MOTION TO DISMISS**

19
20
21
22
23

        On September 26, 2025, Petitioners Julian Vasquez Garcia, Nicolas Jiataz Patzan, and Alfredo Vasquez and Respondents Kristi Noem, et al. filed a Joint Motion to Dismiss ("Joint Motion"), requesting to dismiss this action in its entirety without prejudice.  (ECF No. 8).  For good cause shown, the Court grants the Joint Motion and dismisses this action without prejudice.  Each party will bear its own fees and costs.

24

**IT IS SO ORDERED.**

25

Dated:  September 29, 2025

26
27

Hon. Dana M. Sabraw
United States District Judge

28

1